**NOTICE REGARDING AMENDED COMPLAINT**
**FOR CIVIL ACTION NO. 3:21-cv-573**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| KATHY STEELE, Administrator of the<br>      Estate of Robert David Steele | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| EARTH INTELLIGENCE NETWORK | ) | |
| | ) | |
|       Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-573-JAG |
| | ) | |
| | ) | |
| JASON GOODMAN | ) | |
| | ) | |
|       Defendant. | ) | |
| | ) | |

# <u>NOTICE</u>

Plaintiffs, Kathy Steele, Administrator of the Estate of Robert David Steele, and

Earth Intelligence Network ("Plaintiffs"), by counsel, hereby serve notice that pursuant to

the Court's request Plaintiffs have provided link information to the videos referenced on

pages 9 – 17 of Plaintiffs' amended complaint [*ECF No. 25*].  A true copy of the Link

Information is attached as *<u>Exhibit "A"</u>*.

The original videos were created by the Defendant and uploaded to the Internet.

Upon information and belief, the original hyperlinks were created by the Defendant

and/or by YouTube or another internet service provider.

DATED:        September 6, 2022


KATHY STEELE, Administrator of the Estate of
    Robert David Steele
EARTH INTELLIGENCE NETWORK



By:    */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:  (804) 501-8272
        Facsimile:  (202) 318-4098
        Email:  stevenbiss@earthlink.net

        *Counsel for the Plaintiffs*



## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel of record and all interested parties receiving notices via CM/ECF, and a copy was emailed in PDF to Defendant Goodman.



By:    */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:  (804) 501-8272
        Facsimile:  (202) 318-4098
        Email:  stevenbiss@earthlink.net

        *Counsel for the Plaintiffs*