# EXHIBIT "A"

# **LINK INFORMATION TO VIDEOS**
(Amended Complaint, pp. 9-17)

Paragraph 18(a)

https://www.youtube.com/watch?v=OBBrE3lehCY&feature=youtu.be
("Getting the Dirty Bomb Story Straight" – at 20:24) [1]

Paragraph 18(b)

https://www.youtube.com/watch?v=CS0GZaR6b6U&feature=youtu.be
("The Failing New York Times" – at 24:45)

Paragraph 18(c)

https://www.youtube.com/watch?v=gaa_XEP4lb4&feature=youtu.be
("COG" – at 25:26)

Paragraph 18(d)

https://www.youtube.com/watch?v=gaa_XEP4lb4&feature=youtu.be
("COG" – at 1:13:00, 1:13:55 and 1:17:21)

Paragraph 18(e)

https://www.youtube.com/watch?v=hR6uxM_wyMs
("Queen Tut call re: Robert David Steele #Unrig Fraud Claim" –
    at 2:49, 4:18, 8:21, 11:02, 26:26)

Paragraph 18(f)

https://www.youtube.com/watch?v=Z0Jqux7GQlI&feature=youtu.be
"Squidward v. Sponge Bob" – at 19:10, 27:58)

Paragraph 18(g)

https://streamable.com/zf4vl

---

[1] This documents identifies the name of each video and the minute and second where the statements at issue appear. The minute/second designations denote the place in each video where the Defendant and/or his agents begin to speak. The videos are lengthy. Every attempt has been made to identify the specific minute/second in each video where Defendant publishes the statements at issue.

Paragraph 18(h)

https://streamable.com/pnmul
("Queen Tut call 002" – at 5:11)

Paragraph 18(i)

https://www.youtube.com/watch?v=l-wxMiqpc3k
("Queen Tut 003" – at 12:08)

Paragraph 18(j)

Email communication

Paragraph 18(k)

https://www.youtube.com/watch?v=ZhbeltyhnVk&feature=youtu.be
("Queen Tut 005 - Damning Evidence of Fraud in the #Unrig Campaign" –
       at 1:27, 6:10, 14:42, 18:18, 24:59)

Paragraph 18(l)

https://www.youtube.com/watch?v=A6lRmZOObAs
("Parallels to Soros: Micro to Macro" – at 24:26)

Paragraph 18(m)

https://www.youtube.com/watch?v=tSI0ZfIsN_k
("Unrig Cynthia McKinney" – at 15:41, 16:53)

Paragraph 18(n)

https://www.youtube.com/watch?v=tSI0ZfIsN_k
("Unrig Cynthia McKinney" – at 17:42, 20:47)

Paragraph 18(o)

https://www.youtube.com/watch?v=tSI0ZfIsN_k
("Unrig Cynthia McKinney" – at 19:06, 28:05, 42:03, 43:36)

Paragraph 18(p)

https://www.youtube.com/watch?v=tSI0ZfIsN_k
("Unrig Cynthia McKinney" – at 21:32)

2

Paragraph 20(a)

https://www.youtube.com/watch?v=Zo3TnUazpGQ&feature=youtu.be
("Crushing Grip of the Deep State" – at 7:10)

Paragraph 20(b)

https://www.youtube.com/watch?v=Jxh2Qg84QWg&feature=youtu.be
("#Unrig Espionage, Treason and Traitors in Congress" – at 37:56, 44:33)

Paragraph 20(c)

https://www.youtube.com/watch?v=Zep-7jk0BLA&feature=youtu.be
"Unraveling the Deep State – Conspiracy to Suppress Free Speech" – at 23:32)

Paragraph 20(d)

https://www.youtube.com/watch?v=Zep-7jk0BLA&feature=youtu.be
"Unraveling the Deep State – Conspiracy to Suppress Free Speech" –
     at 21:45, 52:29, 55:06)

Paragraph 20(e)

https://www.youtube.com/watch?v=sV3bY-4pj4Y&feature=youtu.be
("Fyreside Chat With What Big Eyes You Have" – at 36:43)

Paragraph 20(f)

https://www.youtube.com/watch?v=kYOikz5mjbw&feature=youtu.be
("#fakelawsuit: The Impotent Psychological Warfare of The Robber David Who Steals"
     – at Description of Video, 30:23, 52:42)

Paragraph 20(g)

https://www.youtube.com/watch?v=kYOikz5mjbw&feature=youtu.be
("#fakelawsuit: The Impotent Psychological Warfare of The Robber David Who Steals"
     – at 54:30)

Paragraph 22(a)

https://www.youtube.com/watch?v=uvjrCJoF6pk&feature=youtu.be
("Kevin Shipp – CIA Whistleblower" – at 30:29)

3

Paragraph 22(b)

https://www.youtube.com/watch?v=qDc9e790hAg&feature=youtu.be
("Ole Dammegard & Cody Snodgres – False Flags Pattern Recognition from JFK to Parkland School Shooting" – at 10:42)

Paragraph 22(c)

https://www.youtube.com/watch?v=bAuz0Gjev2M&feature=youtu.be
("Truth vs Lies" – at 27:35, 37:09)

Paragraph 22(d)

https://www.youtube.com/watch?v=Ft63km5_74g
("Tea Party in Teaneck Take Two" – at 37:30, 45:23)

Paragraph 22(e)

May 9, 2018 Tweet[2]

Paragraph 23

https://www.youtube.com/watch?v=JaA33LEcCrI (May 17, 2018);
https://www.youtube.com/watch?v=JbqmsY_7UDA (May 26, 2018);
https://www.youtube.com/watch?v=LhmeaTU8T5E (June 7, 2018);
https://www.youtube.com/watch?v=h1fFYuxcoCE (June 21, 2018);
https://www.youtube.com/watch?v=TtAG7eBbpI4 (June 21, 2018);
https://www.youtube.com/watch?v=HEx-AqtaXuU&frags=pl%2Cwn (June 27, 2018);
https://www.youtube.com/watch?v=VUVT1hY_vas&frags=pl%2Cwn (June 30, 2018);
https://www.youtube.com/watch?v=GeXeXPWui2g&frags=pl%2Cwn (July 24, 2018);
https://www.youtube.com/watch?v=NYbMW2NZqU4&frags=pl%2Cwn (August 6, 2018);
https://www.youtube.com/watch?v=agcQMe8gsmo&frags=pl%2Cwn (August 7, 2018);
https://www.youtube.com/watch?v=N2uWG7moD7Q&frags=pl%2Cwn (August 20, 2018);
https://www.youtube.com/watch?v=rThDixbtnCI&frags=pl%2Cwn (August 21, 2018);
https://www.youtube.com/watch?v=XgTwwAX4_1o&frags=pl%2Cwn (August 27, 2018);
https://www.youtube.com/watch?v=sqVUiOsMB70 (September 14, 2018);
https://www.youtube.com/watch?v=FFZKTGkoNE8 (December 1, 2018);
https://www.youtube.com/watch?v=7GWkMxKH0FU (March 22, 2019);
https://www.youtube.com/watch?v=iBteEdD66Jc (April 6, 2019);

---

[2] Sometime after May 9, 2018, Twitter suspended Defendant's account **@csthetruth**. [*See* https://twitter.com/csthetruth]. Defendant's tweets are no longer publicly available. Plaintiff took a screenshot of the tweet prior to suspension of Defendant's account. Importantly, Defendant's Twitter data and files can be recovered in discovery following directions supplied by Twitter.

4

https://www.youtube.com/watch?v=WwyRPFhW-HE (April 30, 2019);[3]
https://www.youtube.com/watch?v=aUeNLLWikiM (May 1, 2019);
https://www.youtube.com/watch?v=77RZ09Jp46Y (May 12, 2019);
https://www.youtube.com/watch?v=KC8E-AdKSM0 (July 4, 2019).

Paragraph 24

Email communication

Paragraph 25

https://twitter.com/csthetruth/status/1432142515365416960

Paragraph 45

https://www.youtube.com/watch?v=GNxCk6nqFJg&feature=youtu.be
("Deep State Dunces Attack George Webb and CSTT – Bitcoin Challenge Response")

https://www.redbubble.com/i/mug/Unrig-on-Fire-by-csthetruth/28266904.9Q0AD
https://www.redbubble.com/shop/robert+david+steele
https://www.redbubble.com/i/t-shirt/Unrig-on-Fire-by-csthetruth/28266904.0S66D

---

[3] This video interview with Holmes, published by Goodman on YouTube April 30, 2019, includes the following statement: "Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She recently called me, revealing a long suspected conspiracy between her, D. George 'Acton' Sweigert and Robert David Steele … The sinister plans of these malicious social engineers are being revealed before our eyes as the fraudulent and vexatious lawsuit brought by Steele continues to crumble."

5