The Honorable John Adrian Gibney Jr
Spottswood W. Robinson III and
Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Via messenger

Re: Case 3:21-cv-00573-JAG Steele et al v Goodman

February 3, 2023

Dear Judge Gibney,

Earlier today an order was filed under seal in the matter of Steele v Goodman (ECF No. 54). The docket notations indicate it will be mailed to me, however I am not presently in New York and will not be able to receive the order prior to the upcoming pre-trial hearing. I am presently in Florida tending to my octogenarian mother who is recovering from a recent spinal surgery, and I am likely to remain here for the next several weeks while she continues her recovery. I write to request guidance from the Court or otherwise ask if the order filed under seal might be unsealed so it can be read on the docket.

Respectfully submitted,

Jason Goodman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KATHY STEELE, | Case No.: 3:21-cv-00573-JAG |
| -and- | |
| EARTH INTELLIGENCE NETWORK | **CERTIFICATE OF SERVICE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| JASON GOODMAN, | |
| Defendants | |

It is hereby certified that plaintiff, Jason Goodman, served plaintiff via email to their counsel Steven Biss with a copy of Letter to Judge Gibney

Signed this 3rd day of February 2023

Respectfully submitted,

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE OF SERVICE - 1