IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
      Plaintiffs,

v.                                              Civil Action No. 3:21cv573

JASON GOODMAN,
      Defendant.

## ORDER

This matter comes before the Court on the *pro se* defendant's letter motion to unseal the Court's February 3, 2023, Order. (ECF No. 55.) On February 2, 2023, the defendant filed a motion to reassign the case and hold counsel for the plaintiff in contempt of court for repeated failures to follow court orders. (ECF No. 52.) In the motion, the defendant named a specific court employee as part of his argument and attached communications with another court employee that included the direct contact information for that employee. The Court placed the defendant's motion and the Court's Order denying the motion under seal because both documents publicly name these employees.[1]

Upon due consideration, the Court GRANTS IN PART the defendant's motion. (ECF No. 55.) The defendant's February 2, 2023, motion, (ECF No. 52), and the Court's February 3, 2023, Order, (ECF No. 54), SHALL remain under seal.[2] The Court, however, DIRECTS the Clerk to redact the names and contact information of the court employees from the February 2,

---

[1] The Court previously redacted the name of the employee when counsel for the plaintiff included it as part of his filing. (*See* ECF No. 43-1.) Embroiling court employees in the parties' dispute by publicly naming them and putting their direct contact information on the record is unnecessary and has no bearing on the parties' substantive arguments.

[2] The Clerk has mailed a copy of the sealed Order to the parties.

2023, motion, (*see* ECF No. 52), and the Court's February 3, 2023, Order, (*see* ECF No. 54). The Clerk SHALL file the redacted versions of these documents on the public record as separate docket entries. The Court PROHIBITS the parties from publishing the names and contact information of specific court employees or including that information in their filings moving forward.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record and to the *pro se* defendant.

Date: 6 February 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge