**(EXHIBIT A)**



**From:** Jason Goodman truth@crowdsourcethetruth.org
**Subject:** Re: Steele - Goodman (Case 3:21-cv-573-JAG)
**Date:** January 31, 2023 at 1:36 PM
**To:** Steven Biss stevenbiss@earthlink.net

Mr. Biss,

Please forward me the ex parte communication you had with the court. You should have done this when I first made inquires about ECF No. 32.

Jason Goodman

> On Jan 31, 2023, at 1:30 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:
>
> Judge Gibney's Order directs the parties to contact you to schedule the initial pretrial conference.
>
> I want to comply with the Order, and I do not want to argue with the defendant.
>
> Please ask Judge Gibney for guidance. Thank you.
>
> **From:** Jason Goodman
> **Sent:** Tuesday, January 31, 2023 1:26 PM
> **To:** Steven Biss
> **Cc:**
> **Subject:** Re: Steele - Goodman (Case 3:21-cv-573-JAG)
>
> Pursuant to Judge Lauck's orders as cited in my objection filed with the court yesterday, there should be a stay on this hearing pending reassignment of the case to Judge Lauck.
>
> Jason Goodman
>
>> On Jan 31, 2023, at 1:11 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:
>>
>> Good afternoon. Per Judge Gibney's Memorandum Order [ECF No. 46], please email us the Court's earliest available dates so we can schedule the initial pretrial conference in the above matter.
>>
>> I have copied the defendant on this email, so that he can respond with his available dates.
>>
>> Thank you.
>>
>> Steven S. Biss
>> (Virginia State Bar # 32972)
>> 300 West Main Street, Suite 102
>> Charlottesville, Virginia 22903

Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.