**(EXHIBIT A)**

**From:** Jason Goodman truth@crowdsourcethetruth.org
**Subject:** Re: Steele - Goodman (Case 3:21-cv-573-JAG)
**Date:** January 31, 2023 at 2:47 PM
**To:** Steven S. Biss stevenbiss@earthlink.net



This is my second request that you provide the ex parte email. Please send it without further delay..

On Jan 31, 2023, at 2:33 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

▮

I am available on all dates/times.

**From:** ▮
**Sent:** Tuesday, January 31, 2023 2:22 PM
**To:** Jason Goodman ; stevenbiss_earthlink.net
**Subject:** RE: Steele - Goodman (Case 3:21-cv-573-JAG)

Gentlemen,

Thanks for reaching out pursuant to the Court's order. Mr. Goodman, your objection is noted, but pursuant to Judge Gibney's direction, I will set a date for the pretrial conference. The pretrial conference will take place telephonically, and typically wouldn't last more than 10 to 15 mins. Please let me know which dates/times below will work for you. Once I have a mutually agreeable time, I will send you call in instructions.

February 8 at 9:15 a.m. or 1:30 p.m.
February 9 at 9:00 a.m. or 11:00 a.m.
February 13 at 11:30 a.m.

Sincerely,

▮

Courtroom Deputy for the
Hon. John A. Gibney, Jr.
USDC, Eastern District of Virginia
701 E Broad Street
Richmond, VA 23219

▮

**From:** Jason Goodman <truth@crowdsourcethetruth.org>
**Sent:** Tuesday, January 31, 2023 1:26 PM
**To:** stevenbiss_earthlink.net <stevenbiss@earthlink.net>
**Cc:** ▮
**Subject:** Re: Steele - Goodman (Case 3:21-cv-573-JAG)

**CAUTION - EXTERNAL:**

Pursuant to Judge Lauck's orders as cited in my objection filed with the court yesterday, there should be a stay on this hearing pending reassignment of the case to Judge Lauck.

Jason Goodman

> On Jan 31, 2023, at 1:11 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:
>
> Good afternoon. Per Judge Gibney's Memorandum Order [ECF No. 46], please email us the Court's earliest available dates so we can schedule the initial pretrial conference in the above matter.
>
> I have copied the defendant on this email, so that he can respond with his available dates.
>
> Thank you.
>
> Steven S. Biss
> (Virginia State Bar # 32972)
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Telephone (804) 501-8272
> Facsimile: (202) 318-4098
> Email: stevenbiss@earthlink.net
> Email: stevensbiss@protonmail.ch
> https://truthsocial.com/@stevenbiss
>
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
>
> This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system

immediately stop reading this email and delete it from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.