United States District Court for the Eastern



District of Virginia

Docket Number 3:21-cv-00573-JAG

KATHY STEELE, Administrator of the
Estate of Robert David Steele -and-
EARTH INTELLIGENCE NETWORK

)
)
v.                       )      Notice of Appeal
)
JASON GOODMAN            )

Pro se defendant Jason Goodman ("Goodman") ____ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the __Fourth__ Circuit from the ~~final~~ judgment entered on __April 27, 2023 (ECF #85)__ (state the date the judgment was entered).

(s)_____

Attorney for pro se

Address: 252 7th Avenue #6s

New York, NY 10001

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]

\* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC