IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| KATHY STEELE, | Case No.: 3:21-cv-00573-JAG |
|---|---|
| -and- | |
| EARTH INTELLIGENCE NETWORK | **LOCAL RULE 83.1(M) CERTIFICATION** |
| Plaintiff, | |
| vs. | |
| JASON GOODMAN, | |
| Defendants | |

I, Jason Goodman, declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of the MOTION SEEKING LEAVE TO FILE INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS PENDING JUDGMENT

Signed this 5th day of May 2023

Respectfully submitted,

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

LOCAL RULE 83.1(M) CERTIFICATION - 1