IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KATHY STEELE, <br><br> -and- <br><br> EARTH INTELLIGENCE NETWORK <br><br> Plaintiff, <br><br> vs. <br><br> JASON GOODMAN, <br><br> Defendant | Case No.: 3:21-cv-00573-JAG <br><br> **CERTIFICATE OF SERVICE OF SERVICE** |

It is hereby certified that defendant, Jason Goodman, served plaintiff via email to their counsel Steven Biss with a copy of the MOTION SEEKING LEAVE TO FILE INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS PENDING JUDGMENT.

Signed this 5th day of May 2023

Respectfully submitted,

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE OF SERVICE - 1