Generated: May 19, 2023 2:06PM  Page 1/1



# U.S. District Court

### Virginia Eastern - Richmond

Receipt Date: May 19, 2023 2:06PM

JASON GOODMAN

| Rcpt. No: 300001358 | | Trans. Date: May 19, 2023 2:06PM | | | Cashier ID: #LG |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #148 | 05/16/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: APPEAL FEE NO. 23-1509, 3:21CV573

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.