FILED: June 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1509
(3:21-cv-00573-JAG)

_____

KATHY STEELE, Administrator of the Estate of Robert David Steele, et al.; EARTH INTELLIGENCE NETWORK

    Plaintiffs - Appellees

v.

JASON GOODMAN

    Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                /s/ PATRICIA S. CONNOR, CLERK