FILED: September 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1509
(3:21-cv-00573-JAG)

_____

KATHY STEELE, Administrator of the Estate of Robert David Steele, et al.;
EARTH INTELLIGENCE NETWORK

      Plaintiffs - Appellees

v.

JASON GOODMAN

      Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

      For the Court

      /s/ Nwamaka Anowi, Clerk