FILED: September 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1509
(3:21-cv-00573-JAG)
_____

KATHY STEELE, Administrator of the Estate of Robert David Steele, et al.;
EARTH INTELLIGENCE NETWORK

  Plaintiffs - Appellees

v.

JASON GOODMAN

  Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 21, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk