IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| KATHY STEELE, | Case No.: 3:21-cv-00573-JAG |
|---|---|
| Administrator of the Estate of Robert David Steele | |
| -and- | **CERTIFICATE OF SERVICE** |
| EARTH INTELLIGENCE NETWORK, INC. | |
| Plaintiff, | |
| vs. | |
| JASON GOODMAN, | |
| Defendants | |

It is hereby certified that pro se defendant Jason Goodman, served Plaintiffs' counsel with a copy of the motion for sanctions pursuant to FRCP Rule 11 via USPS and email.

      Steven S. Biss
      300 West Main Street, Suite 102
      Charlottesville Virginia 22903
      stevenbiss@earthlink.net

Signed this 10th day of October 2023

Respectfully submitted,

                                      Jason Goodman, Defendant, Pro Se
                                                  252 7th Avenue Apt 6s
                                                    New York, NY 10001
                                                           (347) 380-6998
                                                truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1