IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
    Plaintiffs,

v.                                                          Civil Action No. 3:21cv573

JASON GOODMAN,
    Defendant.

## ORDER

This matter comes before the Court on its own initiative. On September 20, 2023, the Circuit Court for the City of Charlottesville ordered that Elliot P. Park, Esq., shall serve as the receiver for the law practice of plaintiffs' counsel, Steven Scott Biss, Esq. The circuit court's order indicates that, "on September 6, 2023, the [Virginia State Bar] learned that [Biss] suffered a stroke and was hospitalized," and that Biss "is not expected to be able to return to the practice of law." The Court DIRECTS the Clerk to serve a subpoena on Elliot P. Park, Esq. at the following address:

    1011 E. Main Street

    Suite 300

    Richmond, VA 23219-3537

The subpoena SHALL require Mr. Park to produce **to the Court only** the contact information (including the mailing address and e-mail address) for the plaintiffs in this case, Kathy Steele and Earth Intelligence Network. The subpoena SHALL direct Mr. Park to produce this information within thirty days of receiving the subpoena. The Court DIRECTS the United States Marshals Service to serve Elliot P. Park, Esq., with the subpoena.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, to the *pro se* defendant, and to Elliot P. Park, Esq. at the above address.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 30 October 2023
Richmond, VA