IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
      Plaintiffs,

v.                                                    Civil Action No. 3:21cv573

JASON GOODMAN,
      Defendant.

## ORDER

This matter comes before the Court on its own initiative. On September 20, 2023, the Circuit Court for the City of Charlottesville ordered that Elliot P. Park, Esq., shall serve as the receiver for the law practice of plaintiffs' counsel, Steven Scott Biss, Esq. The circuit court's order indicates that, "on September 6, 2023, the [Virginia State Bar] learned that [Biss] suffered a stroke and was hospitalized," and that Biss "is not expected to be able to return to the practice of law." The Court DIRECTS Park to produce **to the Court only** the contact information (including the mailing address and e-mail address) for the plaintiffs in this case, Kathy Steele and Earth Intelligence Network, within thirty days of receiving the subpoena ordered on October 30, 2023. If Park cannot locate this information, he SHALL notify the Court within the above deadline.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, to the *pro se* defendant, and to Elliot P. Park, Esq., at 1011 E. Main Street, Suite 300, Richmond, VA 23219-3537.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 30 October 2023
Richmond, VA