**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kathy Steele, Administrator of the Estate of Robert David Steele, et al. | 3:21cv573 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jason Goodman | Order + Subpoena ad |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elliot P. Park, Esq.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1011 E. Main Street, Suite 300 Richmond, VA 23219-3537

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
United States District Court- EDVA (Richmond Division)
Clerk's Office
701 East. Broad Street, Suite 3000
Richmond, Va 23219

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. A83
District to Serve No. A83
Signature of Authorized USMS Deputy or Clerk: O.M.
Date:

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 11/3/2023
Time: 11:10 ☒ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: O.M.

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Park, Elliot was served at the aboved mentioned address on 11/03/2023 at 1110 hours.

Form USM-285
Rev. 03/21

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Kathy Steele, Administrator of the Estate of Robert David Steele, et al. <br> *Plaintiff* <br> v. <br> Jason Goodman <br> <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:21cv573 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Elliot P. Park, Esq.
1011 E. Main Street, Suite 300
Richmond, VA 23219-3537

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED ORDER FOR DETAILS AND DEADLINES.

| Place: United States District Court EDVA- Richmond Division <br> ATTN: Clerk's Office <br> 701 E. Broad Street, Suite 3000, Richmond, VA 23219 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/30/2023

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:21cv573

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Elliot Park

on *(date)* 11/01/2023.

☒ I served the subpoena by delivering a copy to the named person as follows: Elliot Park

on *(date)* 11/03/2023 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 1.05 for travel and $ 65.00 for services, for a total of $ 66.05

I declare under penalty of perjury that this information is true.

Date: 11/03/2023

_____
*Server's signature*

DUSM Sean Murphy
*Printed name and title*

701 E. Broad Street, Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc.: