IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
      Plaintiffs,

v.                                                                      Civil Action No. 3:21cv573

JASON GOODMAN,
      Defendant.

**ORDER**

This matter comes before the Court on the plaintiffs' pretrial motions. (ECF Nos. 81, 83.) On September 6, 2023, the Virginia State Bar learned that the plaintiffs' counsel, Steven Scott Biss, Esq., had suffered a stroke. The Virginia State Bar later appointed Elliot P. Park, Esq., as the receiver for Mr. Biss's active cases, and the Court ordered Mr. Park to produce the contact information for the plaintiffs, Kathy Steele and Earth Intelligence Network. (*See* ECF Nos. 104, 105.) Because of Mr. Biss's medical condition and the uncertainty surrounding how the plaintiffs wish to proceed with the case, the Court DENIES WITHOUT PREJUDICE the plaintiffs' motions. (ECF Nos. 81, 83.) The plaintiffs may refile these motions at a later date. On or before **January 5, 2024**, the plaintiffs SHALL advise the Court whether: (1) Biss remains counsel in this matter; (2) the plaintiffs have hired or plan to hire alternative counsel to handle this case; or (3) the plaintiffs plan to proceed *pro se*.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, to the *pro se* defendant, and to the plaintiffs at 11005 Langton Arms Court, Oakton, VA 22124.

Date: 5 December 2023  
Richmond, VA

/s/  
John A. Gibney, Jr.  
Senior United States District Judge