IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
        Plaintiffs,

v.                                         Civil Action No. 3:21cv573

JASON GOODMAN,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On January 2, 2024, the plaintiffs notified the Court that: (1) Mr. Steve Biss, Esq., is no longer counsel in this matter; (2) the plaintiffs do not intend to proceed *pro se*; and (3) the plaintiffs are "currently arranging alternative counsel as quickly as possible under the circumstances." (ECF No. 110, at 1.) The plaintiffs, without an attorney at this time, are *pro se* litigants.

The plaintiffs filed their Complaint on September 28, 2020, and the case was ultimately set for trial to begin on May 30, 2023, before the plaintiffs' former counsel became ill. On or before **February 4, 2024,** the plaintiffs SHALL retain counsel in this matter. The Court DIRECTS the plaintiffs to notify the Court and the defendant when they have done so. Within five days of the plaintiffs' notice, their counsel SHALL file a notice of appearance in this matter. The Court warns the plaintiffs that if they fail to comply with this Order, the Court will dismiss the action for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630–32 (1962).

It is so ORDERED.

Let the Clerk send a copy of this Order to the *pro se* plaintiffs and to the *pro se* defendant.

Date: 4 January 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge