IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
      Plaintiffs,

v.                                      Civil Action No. 3:21cv573

JASON GOODMAN,
      Defendant.

## ORDER

This matter comes before the Court on the letter filed by the plaintiff, Kathy Steele. On January 4, 2024, the Court ordered the *pro se* plaintiffs to retain counsel. The Court warned that if the plaintiffs failed to comply with this Order, the Court would dismiss this action for failure to prosecute. On February 1, 2024, Steele sent a letter to the Court, explaining that, "[d]ue to the disappearance of [former counsel's laptop], including all of his records and notes regarding the case, I am unable to retain counsel." (ECF No. 113, at 1.) Accordingly, the Court DISMISSES this case. The Court DIRECTS the Clerk to close this case.

Should the plaintiffs wish to appeal this Order, they must file a written notice of appeal with the Clerk of Court within thirty (30) days of the date of entry. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

It is so ORDERED.

Let the Clerk send a copy of this Order to the *pro se* plaintiffs and to the *pro se* defendant.

Date: 5 February 2024
Richmond, VA

                                                /s/
                                     John A. Gibney, Jr.
                                     Senior United States District Judge