IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY STEELE, ADMINISTRATOR of the
ESTATE OF ROBERT DAVID STEELE, *et al.*,
      Plaintiffs,

v.                                    Civil Action No. 3:21cv573

JASON GOODMAN,
      Defendant.

## ORDER

This matter comes before the Court on the motion for contempt filed by the defendant, Jason Goodman. (ECF No. 115.) Upon mature consideration, the Court DENIES the motion. (ECF No. 115.)

It is so ORDERED.

Let the Clerk send a copy of this Order to the *pro se* plaintiffs and to the *pro se* defendant.

Date: 9 February 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge